
RECEIVED
JUL 0 1 REC'D
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:10-CV-231-FL

| | | |
|---|---|---|
| CELESTE G. BROUGHTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| W. SIDNEY ALDRIDGE, JOHN N. MCCLAIN, JR. and ROBERT B. RADER, JR. (JUDGE), | : | |
| | : | |
| Defendants. | : | |

Upon Motion of Defendant John N. McClain, Jr. pursuant to Local Rule 5.1 (a) of the Local Rules for the Eastern District of North Carolina, and for good cause shown therein, it is hereby ORDERED and DECREED that John N. McClain, Jr. be allowed to file his Motion to Dismiss in Paper Copy as he has not yet received training to obtain a user name and password for electronic filing of pleadings using CM/ECF.

This 6th day of July, 2010.

_____
Clerk of Court for the Eastern
District of North Carolina