UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CELESTE BROUGHTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:10-CV-231-FL |
| ) | |
| W. SIDNEY ALDRIDGE, JR.; JOHN N. ) | |
| McCLAIN, JR.; JUDGE ROBERT B. ) | |
| RADER, JR.; WELLS FARGO COMPANY; ) | |
| and, WELLS FARGO ADVISORS, LLC, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 17, 2010, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted. This case is dismissed with prejudice and plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 19, 2010, and Copies To:**
Celeste F. Broughton (via U.S. Mail) 2529 White Oak Road, Raleigh, NC 27609
John Nowlin McClain, Jr. (via CM/ECF Notice of Electronic Filing)
Debbie Weston Harden (via CM/ECF Notice of Electronic Filing)
W. Sidney Aldridge (via CM/ECF Notice of Electronic Filing)
Grady L. Balentine, Jr. (via CM/ECF Notice of Electronic Filing)

November 19, 2010           DENNIS P. IAVARONE, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk